IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Sylvia Villarreal, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Dearborn National Life Insurance )<br>Company, )<br>)<br>Defendant. ) | Case No. 7:15-cv-184 |

**ORDER** *OF DISMISSAL*

Before the Court is the Joint Agreed Motion to Dismiss filed by Defendant Dearborn National Life Insurance Company. The Court, having considered the Motion, and having been informed that Plaintiff joins in and agrees to the Motion, finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice. All attorney's fees and costs of court are taxed against the party incurring same, unless otherwise agreed by the parties.

Signed this 3rd day of October, 2015 *at McAllen, Texas*.

_____
Honorable Ricardo H. Hinojosa
Chief United States District Judge